# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

PATRICIA C.R.,

                        Plaintiff,                          23 **CIVIL** 0129 (GRJ)

        -against-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated January 16, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is DENIED; the Commissioner is GRANTED Judgment on the Pleadings; and this case is DISMISSED. Judgment is entered in favor of the Commissioner, and the case is closed.

**Dated:** New York, New York
           January 16, 2024

                                                                               **RUBY J. KRAJICK**
                                                                                 **Clerk of Court**

                                                      **BY:**

                                                                                  **Deputy Clerk**